## STATE OF CONNECTICUT *v.* PEDRO CRUZ

The defendant's petition for certification for appeal from the Appellate Court, 71 Conn. App. 190 (AC 20786), is denied.

*Jon L. Schoenhorn,* in support of the petition.

*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided September 19, 2002

## STATE OF CONNECTICUT *v.* JULIO CENTENO COLON

The defendant's petition for certification for appeal from the Appellate Court, 71 Conn. App. 217 (AC 20885), is denied.

*Kent Drager,* senior assistant public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's attorney, in opposition.

Decided September 19, 2002

## STATE OF CONNECTICUT *v.* HECTOR ESTRADA

The defendant's petition for certification for appeal from the Appellate Court, 71 Conn. App. 344 (AC 21107), is denied.

*Pamela S. Nagy,* special public defender, in support of the petition.

*Nancy L. Chupak,* assistant state's attorney, in opposition.

Decided September 19, 2002